JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC SOLUTIONS GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRACY SCHNEIDER, et al., <br><br> Defendants. | Case No.: CV 22-3232-DMG (PDx) <br><br> **ORDER DISMISSING ACTION PURSUANT TO STIPULATION [39]** |

    Pursuant to the Stipulation of Plaintiff Atlantic Solutions Group, Inc. d/b/a Empire Workforce Solutions and Defendant Tracy Schneider, the above-captioned action is hereby DISMISSED in its entirety with prejudice. Each party bears its own fees and costs. The Court shall retain jurisdiction for a period of one (1) year from the date of this Order to enforce the parties' Stipulation. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: October 24, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1